1

2

3

4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    ERIK W. H.,                              Case No. 16-cv-07383-DMR

8                 Plaintiff,

9         v.                                  **ORDER RE PLAINTIFF'S COUNSEL'S**
                                              **MOTION FOR ATTORNEYS' FEES**
10   KILOLO KIJAKAZI, Acting Commissioner
     of Social Security,                      Re: Dkt. No. 38

11                Defendant.

12

13        The court has received the motion for attorneys' fees pursuant to 42 U.S.C. § 406(b)

14   submitted by Plaintiff Erik W. H.'s counsel, Josephine Gerrard.  [Docket No. 38.]  Defendant

     Kilolo Kijakazi, Acting Commissioner of Social Security, filed a response.  [Docket No. 39.]
15
          In Gerrard's motion, she represents that Plaintiff was awarded $179,011 in retroactive Title
16
     II benefits.  She asks the court for a net award of $25,753.00 in attorneys' fees that would be
17
     payable out of Plaintiff's past due benefits.  This sum represents a total attorneys' fee award of
18
     $44,753.00 minus $19,000.00 in fees payable by the government pursuant to the Equal Access to
19
     Justice Act ("EAJA"), 28 U.S.C. § 2412(b), which the court previously awarded.[1]  [*See* Docket
20
     No. 37.]
21
          In this motion, Gerrard's interests are adverse to those of her client, because any fees that
22
     the court awards Gerrard pursuant to 42 U.S.C. § 406(b) will come from Plaintiff's past-due
23
     benefits.  In other words, if the court grants Gerrard's motion and awards her fees, it will reduce
24

25

26   [1] A claimant's attorney who is successful in obtaining both EAJA fees from the United States and
     an award under 42 U.S.C. § 406(b) (which comes out of past-due benefits) must "refun[d] to the
27   claimant the amount of the smaller fee." *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002)
     (quotation omitted).  Here, Gerrard asks the court to order the payment of attorneys' fees in the
28   amount of $44,753.00 with a credit to Plaintiff for the $19,000.00 in EAJA fees previously paid to
     counsel.

United States District Court
Northern District of California

the amount of past-due benefits that Plaintiff will receive from Defendant by $25,753.

By no later than August 8, 2023, counsel shall serve Plaintiff with a copy of her motion and this order and shall file a proof of service. **The court grants Plaintiff until August 29, 2023 to submit any objections to Gerrard's motion for attorneys' fees.** If the court does not receive any objection from Plaintiff by August 29, 2023 the court will decide Gerrard's motion based on the papers already submitted.

**IT IS SO ORDERED.**

Dated: August 4, 2023

_____
Donna M. Ryu
Chief Magistrate Judge

United States District Court
Northern District of California